AO 93 (Rev. 11/13) Search and Seizure Warrant



# UNITED STATES DISTRICT COURT
for the
District of Guam

ACKNOWLEDGED RECEIPT
Sign: _____
Print: SA Jesse Bockman
Date: 10 Aug 18

In the Matter of the Search of )
(Briefly describe the property to be searched )
or identify the person by name and address) )
) Case No. 18-00104
Information Associated with Dropbox Account )
DASHMORE21@gmail.com (See Attachment A) )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Guam
(identify the person or describe the property to be searched and give its location):

Information Associated with Dropbox Account DASHMORE21@gmail.com. Property is further described in Attachment A.

**FILED**
DISTRICT COURT OF GUAM

OCT 06 2022 cpc

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal (identify the person or describe the property to be seized):

See Attachment B which is incorporated herein.

**JEANNE G. QUINATA
CLERK OF COURT**

**YOU ARE COMMANDED** to execute this warrant on or before ___August 24, 2018___ (not to exceed 14 days)
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Joaquin V.E. Manibusan, Jr., U.S. Magistrate Judge___.
(United States Magistrate Judge)

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box)
☐ for ____ days (not to exceed 30) ☐ until, the facts justifying, the later specific date of _____

Date and time issued: _August 10, 2018 11:28 am_ _____
Judge's signature

City and state: Hagatna, Guam JOAQUIN V.E. MANIBUSAN, JR., U.S. Magistrate Judge
Printed name and title

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 18-00104 | 12 AUG 18 – 1000 | Dropbox |

Inventory made in the presence of: SA JESSE BICKMAN

Inventory of the property taken and name of any person(s) seized:

Electronic copies of all Dropbox account associated to this warrant.

& ORIGINALS HAVE BEEN ARCHIVED.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06 OCT 22

Executing officer's signature

SA RYAN GOSS
Printed name and title

10/6/22

## ATTACHMENT A

*Property to be searched*

This warrant applies to information associated with the Dropbox account DASHMORE21@gmail.com. That is stored at premises owned, maintained, controlled, or operated by Dropbox Inc. In addition to the search of files provided by Dropbox Inc., AFOSI requests to search the files saved obtained from ASHMORE's Dropbox account provided by ASHMORE during his interview.

# ATTACHMENT B

*Property to be seized*

## I. Information to be disclosed by Dropbox Inc.

To the extent that the information described in Attachment A is within the possession, custody, or control of Dropbox Inc., including any messages, records, files, logs, or information that have been deleted but are still available to Dropbox Inc., or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Dropbox Inc., is required to disclose the following information to the government for each account listed in Attachment A:

a. All identity and contact information, including full name, e-mail address, physical address (including city, state, and zip code), date of birth, phone numbers, gender, hometown, occupation, and other personal identifiers;

b. All past and current usernames associated with the account;

c. The dates and times at which the account and profile were created, and the Internet Protocol ("IP") address at the time of sign-up;

d. All activity logs including IP logs and other documents showing the IP address, date, and time of each login to the account, as well as any other log file information;

e. All information regarding the particular device or devices used to login to or access the account, including all device identifier information or cookie information, including all information about the particular device or devices used to access the account and the date and time of those accesses;

f. All data and information associated with the profile page, including photographs, "bios," and profile backgrounds and themes;

g. All communications or other messages sent or received by the account;

h. All user content created, uploaded, or shared by the account, including any comments made by the account on photographs or other content;

i. All photographs and images in the user gallery for the account;

j.  All location data associated with the account, including geotags;

k.  All data and information that has been deleted by the user;

l.  A list of all of the people that the user follows on Dropbox and all people who are following the user (*i.e.*, the user's "following" list and "followers" list), as well as any friends of the user;

m.  A list of all users that the account has "unfollowed" or blocked;

n.  All privacy and account settings;

o.  All records of Dropbox searches performed by the account, including all past searches saved by the account;

p.  All information about connections between the account and third-party websites and applications;

q.  All records pertaining to communications between Dropbox Inc., and any person regarding the user or the user's Dropbox account, including contacts with support services, and all records of actions taken, including suspensions of the account; and,

r.  Images of individuals under the age of 18 engage in sexually explicit conduct.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations, involving DONOVAN ASHMORE since June, 2010, including, for each user name identified on Attachment A, information pertaining to the following matters:

(a) ASHMORE knowingly possessed and distributed images of individuals under the age of 18 engaged in sexually explicit conduct at the time the photos were taken;

(b) Evidence indicating how and when the Dropbox account was access or used to determine the chronological and geographic context of account access, use,

and events relating to the crime under investigation and to the Dropbox account owner;

(c) Evidence indicating the Dropbox account owner's state of mind as it related to the crime under investigation;

(d) The identity of the person(s) who created and used the user ID, including records that help reveal the whereabouts of such person(s).